UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AHTWANA MARIE SMITH,

        Plaintiff,                      JUDGMENT
                                                        22-cv-6193(EK)(LB)

       v.

LAKUAN EBANKS, KAREEM EBANKS, NATASHA
BLANFORD, MICHELLE SMALLS, MENDEECEE
HARRIS, DAMON DASH, ROBERT WILLIAMS,
ONIKA MARAJ, SEAN COMBS, ROC NATION LLC,
And REFORM ALLIANCE,

        Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on March 22, 2024, granting Roc Nation and Reform Alliance's motions to dismiss; and dismissing all remaining claims *sua sponte*; it is

        ORDERED and ADJUDGED that Roc Nation and Reform Alliance's motions to dismiss are granted; that all remaining claims are dismissed *sua sponte*; and that all such dismissals are with prejudice.

Dated: Brooklyn, NY                                                             Brenna B. Mahoney
        March 25, 2024                                                  Clerk of Court

                                                                               By: */s/Jalitza Poveda*
                                                                                     Deputy Clerk